58 A.3d 1176

STEVEN GROHS, PETITIONER–PETITIONER, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, RESPONDENT–RESPONDENT.

May 31, 2012.

ORDERED that the petition for certification is granted, limited to the appeal from the Department of Corrections' decision of May 26, 2011, and as to that appeal, the judgment of the Superior Court, Appellate Division, is summarily reversed, and the matter is remanded to the Appellate Division, to consider petitioner's appeal on the merits.

58 A.3d 1176

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. BRIAN WAYNE SAMUELS, DEFENDANT–PETITIONER.

June 8, 2012.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of State v. Marcus King, 210 N.J. 2, 40 A.3d 41 (2012).